**Order entered May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00552-CR
### No. 05-15-00553-CR

**TRAMAYNE DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F14-60338-J & F14-60339-J**

## ORDER NUNC PRO TUNC

We **GRANT** the State's May 13, 2016 motion for extension of time to file brief. The

brief received by the Court is **ORDERED** timely filed as of the date of this order.

/s/     MOLLY FRANCIS
PRESIDING JUSTICE